UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLENN A. ALEXANDER | * | CIVIL ACTION NO. 16-14430 |
| | * | |
| | * | SECTION: "A"(1) |
| VERSUS | * | |
| | * | JUDGE JAY C. ZAINEY |
| | * | |
| ERIC WARD, ET AL. | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************** | * | |

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

To the extent that plaintiff seeks leave to amend his complaint, that request is denied because it would be futile. No amendment that the plaintiff could make would cure the defects in federal subject matter jurisdiction. Simply, the plaintiff should have filed his claims in state court.

Accordingly;

IT IS ORDERED that the captioned lawsuit is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

December 19, 2016

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE